UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:20-cv-20543-Williams-Torres

BRUCE JACOBS,

    Plaintiff,

v.

JP MORGAN CHASE BANK, N.A.,

    Defendant.
_____/

## DECLARATION OF SCOTT B. COSGROVE IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE

I, Scott B. Cosgrove, do hereby declare pursuant to 28 U.S.C. § 1746:

1. I am an attorney at the law firm of León Cosgrove, LLP.

2. I am a member in good standing of the Bar of Florida.

3. I represent Defendant in this matter.

4. I respectfully submit this Declaration in connection with Defendant's Motion to Dismiss and Request for Judicial Notice in Support of Defendant's Motion to Dismiss, both of which are submitted concurrently herewith.

5. Attached hereto are true and correct copies of the following documents:

Exhibit 1: *Shenanigans Abound – WAMU's Endorsement Of The Notes*, VICTORY OVER CHASE (January 21, 2014), *available at*: http://victoryoverchase.blogspot.com/2014/01/shenanigans-abound-wamus-endorsement-of.html.

Exhibit 2: *JPMorgan Chase Quits 5 ½ Year Foreclosure Case*, MFI MIAMI MORTGAGE FRAUD INVESTIGATIONS (June 2015), *available at*: https://mfi-miami.com/2015/06/jpmorgan-chase-quits-1/ .

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge.

Executed on November 9, 2020, in Miami, Florida

                                                 **<u>Scott B. Cosgrove</u>**

Florida Bar No. 161365
LEÓN COSGROVE, LLP
255 Alhambra Circle, 8th Floor
Miami, FL  33134
Telephone:  305-740-1975
Facsimile:  305-437-8158
scosgrove@leoncosgrove.com

*Attorney for Defendant*

# Exhibit 1

More

# VICTORY OVER CHASE

ANYWHERE. ANY WAY. ANY HOW. ANY TIME. BAR NONE. A foreclosure information sharing site committed to saving homes from foreclosure and facing any challenge that comes our way with Wisdom, Intel and Grace. Nothing is too Good to be true. Nothing is too much to ask of the Power of God that can do anything. No weapon formed against you shall prosper! Onward!

| VICTORY OVER CHASE | CONTRIBUTE | Related Information | Resources | More WAMU Articles |

**Washington Mutual Bank**



**Disclaimer**

This Blog is not to be viewed as a source of competent legal advice, rather it is gathering place for people facing foreclosure who are sharing information in order to save our homes and communities. Administration shall not be liable to visitors for information posted or to the actions of users on this Internet site.

**DAVID vs. GOLIATH**



Psalm 118:16 -- His power has brought us victory - his mighty power in battle! -- Psalm 118:21 -- I praise you, Lord, because you heard me, because you have given me victory.

**St. Michael the Archangel**



"Defend us in the battle."

**Words of Faith**

Psalms 118:24: "This is the day of the Lord's victory; let us be happy, let us celebrate!"

1 Corinthians 15:57: "thanks be to God, which giveth us the victory through our Lord Jesus Christ."

Nothing is too good to be true. Nothing is too much to ask of the Power of God that can do and accomplish anything. Therefore the highest and greatest Good is manifest for all homeowners in their quest to save their homes and win our legal issues. Good and only Good - a Good greater than anything we imagine possible -- is manifest in ways that are Right, Good, True and Wise. For this I am grateful. Amen.

I bless every home defender with victory over our enemies. I bless our adversaries to include JPMorgan Chase Bank NA, the FDIC, Washington Mutual Bank, ALAW, CRC, the title companies, trustees all of their entities, employees, executives, agents, affiliates and representatives of every kind. I bless every legal action, document, and communication. I bless every homeowner and home, every mortgage, Note, Deed of Trust, Notice of Default, Assignment, Notice of Sale, all litigation involving homeowners. I bless myself, my attorney, my home, my case. I bless everyone involved. I give thanks to God for the great victory manifesting for me and all home defenders. Amen.

Tuesday, January 21, 2014

## SHENANIGANS ABOUND -- WAMU'S ENDORSEMENT OF THE NOTES

Thousands of Washington Mutual Bank FA (WMBFA) mortgage Notes were endorsed in blank within days of when their mortgage loans closed, in the Note Review Department within WAMU's Secondary Delivery Operations. Thousands of WMBFA notes were stamp endorsed in blank allegedly by Cynthia Riley, a.k.a. Cindy Riley, as Vice President of Washington Mutual Bank, F.A.

- Did Cynthia Riley actually endorse the notes?
- Or did robo-stampers endorse the Notes?
- Was Riley in a position of authority to endorse Notes at the time your Note was endorsed?
- Was Riley an employee of WaMu or its affiliates overseeing Note Review at the time your Note was stamp endorsed in blank?
- Is this another bank scheme to steal your home?

Thousands of Washington Mutual Bank FA (WMBFA) borrowers have learned through various discovery methods to include customer requests and subpoenas that the Note for their mortgage loans were at some time, immediately after their mortgage loans closed, were stamp endorsed in blank by Cynthia Riley, a.k.a. Cindy Riley, as Vice President of Washington Mutual Bank, F.A. See the example below photographed from a WMBFA Note that closed in late 2007. To see other examples go to this document.



"The Deposition of Cynthia Riley" reveals more shenanigans by WAMU and JPMorgan Chase Bank and raises more legal questions. Riley was deposed in the matter of *JPMorgan Chase Bank, N.A v. Eduardo Orazco*, case No: 09-29997 CA (11), Fla. 11th Circuit Court, taken January 15, 2013 in Jacksonville, Florida. This blogger obtained the deposition through PACER as recorded in the US Bankruptcy Court in San Jose, CA in the adversarial proceedings of *James Madison Kelley v. JPMorgan Chase Bank, NA*. This deposition is a matter of public record.

Riley had given two prior depositions, one in Florida (Tavares) and in an unidentified case in New York. On August 29, 2011 as Cynthia A. Riley she gave a deposition in *JPMorgan Chase Bank, N.A. Successor Washington Mutual Bank v. Sherone D. Waisome & Verna Waisome*; Lake County, Florida Circuit Court Case No. 2009 CA 005717. This Riley Deposition was filed under seal on December 8, 2011.This deposition in Chase v. Orazco was her third deposition. (Pages 5, 6)

Cynthia A. "Cindy" Riley claims to have been "with Chase or Chase affiliates for 25 years." She included prior institutions that Chase or WAMU had acquired. (Page 4). She stated that she had worked in the Secondary Delivery Operations at Washington Mutual Bank whose purpose was to prepare, endorse and deliver loans to Fannie Mae, Freddie Mac, Lehman, Ocwen, Bayview, GMC, and private investors who bought the loans. (Source: pages 23, 36, 39, 41, 42, 47 and 48.)

Riley testified under oath that began her banking career in approximately 1987 with American Savings Bank in Stockton, California as a supervisor in the records area. [*Note that the bank was not founded until 12/27/1988.*] She supervised a team of employees responsible for tracking credit files as they were shipped in and out. (P. 12,13). After one year she became a trainer under the supervision of Karen Moran. After another year or year and a half she became a supervisor in the customer service call center (P. 16) after which she became a tax and insurance supervisor (P. 17). Then she moved to purchase servicing, a team that coordinated the service transfers and bringing them on board to the servicing systems. Her job "as purchase servicer was to get those loans on board," (p. 18) Riley was involved in Purchase & Servicing until November 2006 (p. 22).

Riley 's servicing responsibilities evolved over time. "I stayed in a department. It was -- became secondary delivery operations. The purchase and movement of whole loan sales and so on occurred in that department. (p 23). "Then I took on,

**LADY JUSTICE P...**



**Total Pageviews**

458,23

Ho


A California Law F
Specializing in Fo...
Jason W. Estavill...
1330 Broadway, Su
Oakland, California
Phone 510-982-300
Website
Email

**Search This Blog**

**Popular Posts**


highly respected m
Office of the Attorn
teleconfere...



History o
FA, form
Bank, FA
http://ww
nkfind.asp History o
FA, Stockton, Calif
Note: This i...


Agreement betwee
Chase Bank, NA fo
does not specificall


homeowners if their
promptly comply wi
requests. Home...



in Stockton, the note review unit and was also involved in special projects outside of those functions." (p 24).  She worked as to the movement of whole loan sales meaning that the loan file was sold along with the servicing.  The files would be collected.  The collateral would be collected and shipped to servicers, purchasers of that.

Riley indicated that she was involved with note review in Stockton, supervising the unit that performed note review. (p 25)  "We got electronic data. . . And we had the note."  The origination centers input the electronic data.  The notes were endorsed in Stockton and shipped to the custodian in the same building. (p 28)  When pressed she stated she was "the supervisor for that unit sometime 2001. (p 29) She reviewed data and endorsed the notes in blank with an endorsement stamp bearing the signature of Jess Alamanza (VP secondary delivery operation) on the endorsement stamp. (p 30, 31)  Riley supervised a 10 - 12 person team using the endorsement stamp. "around 2002, 2004 to then." (p 31, 32)  Riley indicated that she was not personally endorsing those notes nor was she herself using the Jess Alamanza stamp to endorse the notes. (p 33)   Prior to June 2004 when the operation moved from Stockton, California to Jacksonville, Florida the Jeff Alamanza stamp was used to endorse notes at the Stockton facility.

Riley did not remember when WaMu took over American Savings as "it was seamless to me.  I had the same job functions." (p 26)  [This occurred in October 1997.] The notes that were originated were brought to Stockton (p 26).

In January 2004 Washington Mutual Bank FA [WMBFA] acquired Washington Mutual Bank [WAMU]. Then on April 4, 2004 WMBFA changed its name to Washington Mutual Bank (WaMu).  In June 2004 Riley left WaMu in Stockton and relocated to WaMu in Jacksonville, FLorida.  Her manager 1st VP Brenda Brendle had requested Riley make the move; Brendle does not work for Chase.  WaMu Stockton closed.  *WaMu moved its headquarters from Stockton, California to Henderson, Nevada.*

Circa June 2004 Riley was promoted to Vice President and served as the department manager for Secondary Delivery Operations for WaMu in Jacksonville, Florida. As department manager she supervised 30 to 40 people from June 2004 to November 2006.(p 37, 38). The department "delivered on the deals that were made by secondary marketing. "The bulk of our work was sold to Freddie and Fannie." (p 41)  Other entities included Lehman, Ocwen,  Specifically between June 2004 and November 2006 Riley managed the WaMu Note Review Unit in Jacksonville, Florida, at which employees reviewed the notes for accuracy, endorsed the notes, then moved them to the custodian.  ( p 46)

Riley's staff of 10 - 12 people in the note review department endorsed the notes using the facsimile stamp (p 48). actually "multiple stamps, nine to ten stamps" bearing Riley's signature.  Riley provided her signature to the bank for the stamps.  ( p 49).

Security procedures were established for safekeeping of the stamps.  "The stamps were in a secured location requiring card access only by the collateral note review people."  "they were in a locked cabinet.  The lead manager of that unit would unlock the cabinets.  The lead manager of that unit would unlock the cabinets.  In the morning the stamps would be checked out on a log.  They would be used as the representative needed to do during the day.  At the end of the night they were checked back in and logged back in to the secured cabinet.  And, again, the room that the note review occurred in was a secured access only."  "I had a manager over that team.  She had a lead." (p 50) Riley did not know what the process was for making the stamps.  She never inspected the stamps to ensure that the signatures on the 9 - 10 stamps were different or the same. (p 56)

Riley stated that once the notes were endorsed in the note review department that they then sent the Notes to the custodian who stored them in the vault.  One vault was in Jacksonville, Florida.  For a short period of time after June 2004 notes were shipped to Stockton.  Other notes were shipped to Vernon Hills, Illinois. "A vault was built in Florence, South Carolina.  (p 53)

Employees of the note review department stamped the notes within days after closing the loan as a matter of business practice.  (p 83).

Riley attested that she "never put an endorsement stamp on the notes." (P 57, 58)  Her team endorsed 200 to 300 notes per day of the 2,000 to 3,000 notes that she stated were coming in per day. The team compared certain data on the note to what was in the system. (p 58)

Riley managed her team to productivity. They also had quality control checks.  Pat Eyles was the manager of the note review unit; her lead was Karen Woodward. (p 68)

In November 2006 Riley left *[was laid off from]* the Secondary Delivery Operations Department. (p 52) when the department in Jacksonville closed and moved to Florence, South Carolina.  Riley did not relocate to Florence; she stayed in Jacksonville. (p 60, 61) From November 2006 to about November 2007 Riley "did project management work for about 12 months . . . involved with was helping to move the custodial vault from Stockton  to Florence, South Carolina."  (p 62)  She coordinated meetings and activities.  *{The deposition was murky as to whether or not she was an actual employee of WaMu or a contractor for the period November 2006 to November 2007 or what she did between November 2007 and January 2009.)*  No secondary delivery operations were going on in Jacksonville by the end of 2006.  (p 64)

Riley never supervised any employees or oversaw endorsement of notes in Florence, South Carolina. Riley's counterparts performed those functions in Florence, South Carolina . (p 78)  She did not herself endorse notes with a stamp. (p 79)  Florence had its own secondary delivery operation and note review department.

In the Riley Deposition under oath and penalty of perjury, Cynthia Riley stated that she was laid off by Washington Mutual Bank (a.k.a. WMBFA) in November 2006.  It seems that she was no longer a vice president of either Washington Mutual Bank or Washington Mutual Bank, F.A. at the time that blank endorsements would have been made on the mortgage note in question.  (Pages 64 & 65 of the Riley Deposition.)

Legal questions abound as the stamped blank endorsements on the WAMU and WMBFA notes produced by JPMorgan Chase in countless foreclosure cases could not have been made nor authorized by Riley on mortgages that closed after November 2006.

Are these Notes endorsed in Cynthia Riley's name after November 2006 fake or a possible act of  fraud on the Court in foreclosure lawsuits across America?


Crows?  You be the ... the FDIC and JPMo... attorneys...

as to issues with JP... Washington Mutual...
Florida Homeow... in RICO Case Ag... al
July 25th 2012 stam... for foreclosure fight... Florida. The scales ...
Bank FA original lo... Uploaded to MERS ...
MORE FACTS -- W... BANK, FA (FDIC # ... WASHINGTON MU... 10/1/1997 AMERIC... (FDIC Certificate # ... to WASHINGTON M...

**Blog Archive**
► 2016 (2)
► 2015 (14)
▼ 2014 (123)
   ► December 20...
   ► November 20...
   ► October 2014...
   ► September 2...
   ► August 2014 ...
   ► July 2014 (17...
   ► June 2014 (3...
   ► May 2014 (6)...
   ► April 2014 (1...
   ► March 2014 (...
   ► February 201...
   ▼ January 2014...
      JOLLEY v. C...
         FINANCE...
         Leagle.co...
      Unconsciona...
         Negligent ...
         Loan Mod...
      Big Win For H...
         California ...
         Court ...
      Arizona Appe...
         Reverses ...
         Dismissa...
      Florida Forecl...
         ALAW (A ...
         Acq...
      JPMorgan Giv...
         CEO a 74...
         Raise...
      Banker plunge...
         from JP M...
         Londo...
      BROTHER SI...
         FORECL...
         DEBT CO...
      Robosigning ...
         Brignac F...
         Sen...
      JPMorgan's D...
         74% pay ...
         legal w...
      Mike Rooney ...
         Why Rob...
         Are I...
      SECRET DO...
         Foreclos...
         Fabricati...
      Mortgage Le...
         and Wells...
         o....
      SHENANIGA...
         -- WAMU...
         ENDORS...
         THE NOT...
      JPMorgan an...
         Facilitatin...
         Doll...
      Attorney Gen...
         Harris An...
         A...
      JPMorgan Fa...
         California...
         Collecti...
      High Court ru...
         homeown...
         of dishon...
      The Great Ch...
         $300 Billi...
         Livingl...
      Now We Kno...
         Chase Is ...
         Enron | ...
► 2013 (338)
► 2012 (241)
► 2011 (249)

**SUPPORT THIS SI...**

Does JPMorgan Chase Bank N.A. have any standing whatsoever?

How is it that thousands of WaMu and WMBFA notes made after November 2006 came to be endorsed by Cynthia Riley when she was no longer employed as a Vice President in WaMu's Secondary Delivery Operations or Note Review?  Did WaMu ship the endorsement stamps bearing Riley's signature  to the Florence facility where unidentified individuals continued using them to endorse WaMu notes? Note that per her deposition that in November 2006 Riley was "laid off and subsequently got a job back with JP Morgan" in January 2009 working in the default division in MIS, management information systems, where she provided information to the auditing agencies (Moody's, S&P, Fitch.)  (p 65). Riley was not a vice president of Washington Mutual Bank or Washington Mutual Bank FA in September 2008 when the FDIC took over WaMu and sold the assets to JPMorgan Chase Bank, N.A.  As of the date of the deposition Riley was still at MIS at JPMorgan Chase Bank, NA. (p 67)

### TIMELINE

- *1987 or thereabouts Cynthia Riley allegedly went to work for American Savings in Stockton, CA.*

- *December 27, 1988 American Savings was established and headquartered in Stockton, CA*

- *October 1, 1997 Washington Mutual Bank, F.A.acquired American Savings.*

- *April 4, 2004 Washington Mutual Bank FA changed its name to Washington Mutual Bank after WMBFA acquired it in January 2004; it became known as WaMu and moved its headquarters from Stockton, CA to Henderson, NV.*

- *June 2004 WaMu promoted and transferred Cynthia Riley, as a VP of Secondary Loan Operations in the Note Review Department, from Stockton, CA to Jacksonville, Florida.*

- *November 2006 WaMu laid off Cynthia Riley and moved its Secondary Loan Operations and the Note Review department from Jacksonville, FL to Florence, SC.*

- *November 2006 - circa November 2007 Riley did contract project work for WaMu; she was no longer Vice President at Washington Mutual Bank or affiliates.  Riley was not transferred nor was she ever employed by WaMu in Florence, SC.*

- *As of November 2006 Riley was never again employed in the Note Review Department of WaMu nor at JPMorgan Chase Bank, NA.*

- *November 2006 to about November 2007 Riley "did project management work for about 12 months . . . involved with was helping to move the custodial vault from Stockton  to Florence, South Carolina." (p 62)  She coordinated meetings and activities.*

- *September 25, 2008 the FDIC as Receivor took over WaMu and on that same date entered into a whole bank purchase and assumption agreement with JPMorgan Chase Bank, N.A.*

- *November 2007 - December 2008 Cynthia Riley's employer, if any, is unidentified in the Riley Deposition.*

- *January 2009 JPMorgan Chase Bank NA hired Cynthia Riley to work in default operations in Management Systems Operations.*

**Consult with a qualified attorney about your situation and how this may impact your foreclosure cases.**

at 11:50 AM

Reactions:   Helpful (0)   Not Helpful (0)   Informative l (0)

Labels: blank endorsements of notes, Chase foreclosures, Cynthia Riley, foreclosures, JPMorgan Chase Bank, WAMU, Washington Mutual Bank FA

## 8 comments:

**Anonymous** April 1, 2015 at 8:19 PM

You want a REAL fucking treat? Contact the county court/recorders office in Jacksonville Florida and request a copy of the bitches own home loan, here, let me help you out a bit:

Cynthia A. Riley (H) (a Kenneth Somebody or other is listed as her husband)

(a.k.a." Robo-Riley")
849 Cloudberry Branch Way
Jacksonville, Florida 32259

This is EXACTLY the way I listed her address printed in the c.c. section of an open letter addressed to another banker scumbag, Andrew Beal. My friends original loan was a WAMU with bitch rubber stamped on the blank assignment.
What's the "treat" I promised? One of your retinas is probably going to blow out and leave a bloody puddle on your desk when you compare her TRUE signature on her loan docs to her 'validated' rubber stamp crap that she testified was her actual signature....NOT! NOTHING CLOSE! If I recall, a certified copy of her loan docs cost me about $10 bucks plus a pre-paid Fed-ex turnaround.
BTW, the "c" is still employed with Chase Bank in Jacksonville, I misplaced the branch/phone number so I'm calling tomorrow to get the street address to her work. I'm sending the open letter to both her home and work. She's likely to shit logs because I will share her location with the planet!

Reply

Replies

**Anonymous** July 15, 2015 at 6:03 PM

Hello, My note has never had her name on it and now that the bank is trying to steal my home they put her stamp on the sig page. do you have a copy of her home loan with signature that you could send me to compare? jamanos@aol.com

**Anonymous** July 25, 2015 at 2:48 PM

I hope you didn't forget... Post That SHIT!!!! Yeeeee!

**Anonymous** July 1, 2016 at 3:57 PM

WOW! just looked at her signature on her home mortgage and Note. That is NOT her signature on that stamp! PERIOD! GREAT catch!

Reply

**Anonymous** January 7, 2016 at 6:30 PM

You all are missing the important part of all of this. It does not matter what her stamp sig looks like, she swears in her depo that no one had access to her stamps locked in a safe in a locked room, and no one could have used it without her supervision AS AN EMPLOYEE. She states there is no way they could have used it after she left. It was not the way they did her job, legally.

Reply

Replies

**Izz-laru** July 14, 2020 at 2:13 AM

Really? LOL That doesn't add up. How many documents have her stamp? There's no way that many docs could have her stamp if that were true.

Reply

**Blogger** December 3, 2017 at 2:35 PM

**eToro** is the #1 forex broker for beginning and established traders.

Reply

**Izz-laru** July 14, 2020 at 2:15 AM

This shows the incorrect date of 2004 instead of 2005 for when FA bought WMB and changed names.

Reply

Enter your comment...

Comment as:  Google Accoun[v]

Publish    Preview

Newer Post                               Home                               Older Post

Subscribe to: Post Comments (Atom)

## Subscribe To

Posts

Comments

## Popular Posts


**The Case Against Washington Mutual Bank and California Reconveyance...**
WAMU LOGO On March 10, 2011 three highly respected members of the Office of the Attorney General participated in a teleconfere...


**Evidence Establishes the FDIC Assigned WAMU Loans to Trusts**
On August 30, 2012 at 12:02 PM a "Corporate Assignment of Deed..." recorded in Recorder's Offi...


**History of Washington Mutual Bank, FA, formerly American Savings Bank, FA...**
http://www2.fdic.gov/idasp/main_bankfind.asp History of Washington Mutual Bank... California (FDIC Cert: 32633) Note: This i...


**FDIC & JPMORGAN CHASE BANK NA'S P&A AGREEMENT DOES NOT THE NOTES & MAY NOT BE THE TRUE P&A.**
The Purchase &Assumption Agreement between the FDIC & JPMorgan... for Washington Mutual Bank does not specifically...


**HOMEOWNERS CAN BENEFIT FROM BANK SERVICER VIOLATIONS QUALIFIED WRITTEN REQUESTS UNDER RESPA & TILA**
There may be gold in the hands of distress homeowners if their bank... promptly comply with QWR and TILA requests. Home...


**Secret FDIC & JPMorgan Chase Bank 118 Page Purchase and Assumption for Washington Mutual Bank Uncovered**
Smoking Gun or Another Murder of Crows? You be the judge. QUE... FDIC and JPMorgan Chase Bank and their attorneys...


**What Happens When You File a Complaint with the FDIC against JPMorgan Bank and Washington Mutual Bank**
This is the tale of an on-line complaint filed recently with the FDIC as... JPMorgan Chase Bank, N.A., Washington Mutual Bank,...

**Florida Homeowner Liz Coursen's Wins Big in RICO Case Against JPMorgan Chase...**
July 25th 2012 stands out as a red letter day for foreclosure fighters and home de... The scales of justice have at ...


**BOMBSHELL REVELATION: ALL WAMU LOAN DOCS WERE UPLOADED & DESTROYED**
Brenda Reed, August 28, 2013 Where, oh where have the Washington... original loan documents gone? Uploaded to MERS t...

**MORE FACTS -- WASHINGTON MUTUAL BANK, FA (FDIC # 32633)**
WASHINGTON MUTUAL BANK, FA (32633) 10/1/1997 AMERICAN SAVINGS BAN... Certificate # 32633) changed its name to WASHINGTON MUTUAL BA...

2013. Spirit N Action. Powered by Blogger.

# Exhibit 2



# JPMORGAN CHASE QUITS FORECLOSURE BATTLE 90 MINUTES BEFORE TRIAL

Home  /  2015  /  June  /  JPMorgan Chase Quits Foreclosure Battle 90 Minutes Before Trial



## JPMorgan Chase Quits 5 1/2 Year Foreclosure Case



I received some good news last week when I was getting ready to drive to Miami to testify at a foreclosure trial. My client's attorney called to inform that JPMorgan Chase was throwing in the towel. JPMorgan Chase had filed a motion to voluntarily dismiss with prejudice the foreclosure action. JPMorgan Chase had filed the action against Olympia Zacharakis in October of 2009.

> *"Victorious warriors win first and then go to war, while defeated warriors go to war first and then seek to win"* -Sun Tzu, The Art of War

This case was a perfect example of why Florida Default Law Group ended up on the ash heap of Florida history.

Florida Default Law Group filed the suit without including a copy of the endorsed note and without a Lost Note Affidavit. They also never recorded a mortgage assignment from the FDIC to JPMorgan Chase.

Search …

## SUBSCRIBE BY EMAIL

Completely spam free, opt out any time.

Email address

ex: someone@mydomain.com

Subscribe!

## SEARCH OUR BLOG

Search Our Blog
Select Category

## RECENT POSTS

**Maryland Foreclosure Defense Alert! Governor Puts Lenders On Notice**
November 6, 2020
Maryland Foreclosure Defense Alert! Gove...
Continue →

**Deutsche Bank Plans To Foreclose On Trump Real Estate**
November 5, 2020

 Site

Copyright © 2015 MFI Miami




MFI-Miami sent Chase Home Finance a request for the closing package and a copy of the endorsed note. JPMorgan Chase refused my request. Zacharakis' initial attorney filed a Request For Production requesting an endorsed copy of the note.

The attorney received the package of documents we both requested on December 4, 2009. It contained a copy of the note between Olympia Zacharakis and Washington Mutual Bank. Yet the note contained no endorsements

The Zacharakis file sat collecting dust in the bowels of the Miami-Dade Court House for three years.

## Enter The Fraudulent Note Endorsement From Cynthia Riley



JPMorgan Chase hired new legal counsel. Their new attorney Ronald A. Wolfe claimed in 2012 they miraculously found the missing endorsed note. Their client provided a mortgage note endorsed by Cynthia Riley. Riley is a former Washington Mutual Vice President. Cynthia Riley left Washington Mutual before Zacharakis closed on her mortgage.

Olympia Zacharakis also had hired a new attorney. The judge granted JPMorgan Chase an adjournment so they could have me sit for a deposition. The court ordered Wolfe's office had to take my deposition within thirty days. If not, they had to pay me $1500.

The case sat collecting dust at the Miami-Dade Court House for another 8 months.

Zacharakis' attorney finally received an email from Wolfe's office stating they wanted me to sit for a deposition.

The attorney from the January trial was no longer with Wolfe's firm. Therefore, Zacharakis' attorney had to remind Wolfe's firm of the court order from January. The court order stating that JPMorgan Chase or Wolfe's firm had to pay me. Wolfe's office then made the decision not to take my deposition.

Zacharakis' attorney informed Wolfe's office that they lacked standing to foreclose the mortgage lien. Apparently, Chase or the previous servicers never filed a mortgage assignment with the Miami-Dade Clerk.

The file then made a third trip to bowels of the basement of the Miami-Dade Court House.

## JPMorgan Chase Hires Third Law Firm

McGlinchey Stafford took over the case in June of 2014. They were now the third law firm to represent JPMorgan Chase. They file a motion for Substitute Plaintiff changing the name of the Plaintiff to *"JPMorgan Chase Bank, N.A., As Successor In Interest To Washington Mutual Bank, Formally Known As Washington Mutual Bank, N.A."*

The judge granted the motion. JPMorgan Chase named as the Plaintiff was the cornerstone to our lack of standing argument. Why Zacharakis' attorney never objected to this we still don't know. He has never given Olympia Zacharakis or me a straight answer. Her attorney also agreed to a trial date of September 18, 2014.

It was at this point that Zacharakis hired Miami Attorney Daniel Milian. McGlinchey Stafford finally allowed Daniel Milian to examine the endorsed note. Yes, the note with Cynthia Riley's signature.

Copyright © 2015 MFI Miami

Deutsche Bank Plans To Foreclose On Trum...

Continue →

 Site

# Cynthia Riley's Deposition From Another Case Begins Making The Rounds



A copy of a transcript of deposition by Cynthia Riley did in January of 2013 began going viral on the internet. Riley admitted in her deposition that other people at Washington Mutual used her stamp. She also admitted she never stamped any mortgage notes.

Washington Mutual removed Riley as a Vice President in November of 2006. Riley stated in her deposition she was later hired by JPMorgan Chase in 2009.

Riley's deposition now became the cornerstone of our defense. The Zacharakis loan closed on November 16, 2006. The loan was a refinance so it didn't fund until two days before Thanksgiving in 2006.

Washington Mutual in Jacksonville or Florence, South Carolina could not have received the file until November 29th at the earliest. It would not have made its way to Cynthia Riley's department until after December 6, 2006.

This would make it impossible for Cynthia Riley to have the authority to stamp Olympia Zacharakis' note. This note conflicts with the one supplied in December of 2009. JPMorgan Chase supplied a note in 2009 that was not endorsed. This showed JPMorgan Chase used Riley's endorsement stamp after December of 2009. This is nearly three years after Cynthia Riley left her position as Vice President of Washington Mutual.

# JPMorgan Sets Another Trial Date. They Ask Me Again To Sit For A Deposition

Another trial was scheduled for September 18, 2014. McGlinchey Stafford asked the judge for an adjournment with another request to take my deposition. They claimed they were unaware I was Zacharakis' expert. Daniel Milian pointed out I had been listed as Zacharakis' expert witness since the fall of 2012.

It soon became clear that McGlinchey Stafford fed the court a line of bullshit in order to buy some time to figure out what to do next.

Olympia Zacharakis and I found Cynthia Riley's profile on the business networking site, LinkedIn.

Riley's profile stated that she still worked for JPMorgan Chase in Jacksonville, Florida. Riley's profile has been scrubbed from the internet. However, I managed to take a screenshot of it before it disappeared.

Milian immediately filed a motion to have Cynthia Riley sit for a deposition.

McGlinchey Stafford informed us in May of 2015 that Cynthia Riley did not work for JPMorgan Chase and they have no idea of her whereabouts.

We soon discovered Riley or JPMorgan Chase scrubbed the internet of the whereabouts of Cynthia Riley. It became clear JPMorgan Chase terminated her employment after the motion for the deposition was filed.

Copyright © 2015 MFI Miami

 Site

## JPMorgan Chase Throws In The Towel 90 Minutes Before Trial

As I was driving to court, Zacharakis' attorney Daniel Milian informed me that McGlinchey Stafford was filing a motion to voluntarily dismiss the foreclosure action against Olympia Zacharakis with prejudice. This means they can never refile the case.

McGlinchey Stafford only had one option. Fight and lose or throw in the towel and avoid embarrassment.

At trial, they would have to explain how Cynthia Riley's endorsement stamp was affixed to the Zacharkis note.

They would also have to explain why Riley's employment with JPMorgan Chase was terminated. All of these issues would have opened a Pandora's Box for JPMorgan Chase. McGlinchey Stafford's exhibits would be placed on the public record. The documents would also have been on the internet within days.

McGlinchey Stafford would also have been held liable for the mistakes made by Florida Default Law Group.

**Tags**  Cynthia Riley •  economic meltdown •  financial crisis •  florida •  florida foreclosure fraud •  florida foreclosure mill law firms •  Florida foreclosure mills •  Florida Foreclosure Mitigation •  florida foreclosures •  Florida robo-signing •  Florida Supreme Court •  foreclosure •  foreclosure backlog •  foreclosure cases •  foreclosure crisis •  foreclosure defense •  foreclosure filings •  foreclosure fraud •  foreclosure help •  foreclosure help florida •  foreclosure mills •  foreclosure rescue •  foreclosures •  Housing Crisis •  illegal foreclosures •  JPMorgan Chase •  McGlinchey Stafford •  mfi-miami •  Steve Dibert

   ‹  Melissa Gilbert's Racist Fans Are Obses…                    Seven Indicted For Mortgage Fraud Con…  ›

### RELATED POSTS






…yland COVID-19 Foreclosure …nse Hotline! Call 888.737.6344

Bayview Loan Servicing COVID-19 Foreclosure Hotline! Call 888.737.6344

Disbarred Lawyer Mark Stopa Sued For Fraud By Federal Court Trustee

JPM… Car…

…mber 3, 2020                                November 2, 2020                    October 29, 2020                              Octo

…-Miami Launches The …yland COVID-19…

MFI-Miami Launches The Bayview Loan Serv…

Angry Federal Court Trustee Sues Disbarr…

JPM Inv…

### LEAVE A REPLY

Connect to leave a comment:



Copyright © 2015 MFI Miami

 Site

Secured by **OneAll Social Login**

Your email address will not be published.

**Comment**

**Name**

**Email**

**Website**

Post Comment

This site uses Akismet to reduce spam. Learn how your comment data is processed.

**MFI-MIAMI FEATURED VIDEO**



**MFI-MIAMI FEATURED VIDEO**



**CONTACT MFI-MIAMI**

📞 1.888.737.6344

Name

Email

Message

Sent Message



Copyright © 2015 MFI Miami